**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2584**

---

LUBY RAY NORVILLE,

Petitioner,

versus

NEWPORT NEWS SHIPBUILDING; DIRECTOR, OFFICE OF
WORKERS' COMPENSATION PROGRAMS, UNITED STATES
DEPARTMENT OF LABOR,

Respondents.

---

On Petition for Review of an Order of the Benefits Review Board.
(No. 93-827)

---

Submitted:  December 23, 1997      Decided:  January 13, 1998

---

Before HALL and MURNAGHAN, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

John H. Klein, Matthew H. Kraft, RUTTER & MONTAGNA, L.L.P.,
Norfolk, Virginia, for Petitioner.  Benjamin M. Mason, MASON &
MASON, P.C., Newport News, Virginia, for Respondents.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Luby Ray Norville petitions for review of the Benefits Review Board's ("the Board") decision and order affirming the ALJ's denial of his claim for back-pay and reinstatement of employment under the Longshore and Harbor Workers' Compensation Act, 33 U.S.C.A. §§ 901-950 (West 1985 & Supp. 1997). We dismiss this petition for lack of jurisdiction.

Petitions for review of the Board's orders must be filed within sixty days following the issuance of the order. See 33 U.S.C.A. § 921(c). This period is mandatory and jurisdictional. See Adkins v. Director, Office of Workers' Compensation Programs, 889 F.2d 1360, 1362-63 (4th Cir. 1989).

Here, the Board issued its order on August 29, 1996. Norville thus had until October 28, 1996, to file his petition for review. Norville filed his petition on November 8, 1996, eleven days late. Norville's failure to timely file a petition for review deprives us of jurisdiction to consider his petition. Therefore, we dismiss the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2